Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  08-70425-HDH-13 |
| | § |
| Christine Marie Miller | § |
| | § JUDGE HARLIN D. HALE |
| | § |
| | § HEARING DATE: 5/26/2010 |
| DEBTORS | § HEARING TIME: 10:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 5/26/2010, which is at least twenty-eight (28) days from the date of service hereof, at 10:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 222, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 04/15/2010, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
Christine Marie Miller             § CASE NO. 08-70425-HDH-13
                                   §
                                   § HEARING DATE: 5/26/2010
DEBTOR(s)                          § HEARING TIME: 10:00 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 04/15/2010

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed:  10/17/2008

2. Date of Section 341 Meeting: 11/12/2008

3. First Payment Date:  11/15/2008

4. Date of Confirmation: 3/23/2009

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   18

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 42

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 5/15/2010

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $18,966.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:   $18,500.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $94.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

TRCC 7/8/2009

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__X__         INCREASE monthly payment from $1,120.00 per month to $1,252.00 per month
              (must coincide with resume date shown in item 9 above)
_____        Extend months from _____months to_____ months (not to exceed 60 calendar
              months from month of First Payment Date)
_____        Add balloon payment of  in  month (indicate how the balloon payment will be
              made)
              _____
              _____
              All modifications that include a balloon payment will require testimony.

Any arrears indicated in item 8 above shall be cured by the following method:  N/A

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved.  Payments to the Trustee in the amount of $1,252.00 will resume on or before 5/15/2010 for 42 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $66,660.00  to $72,204.00

If the base amount has changed complete the following:

1.  Total Paid in as of the month prior
to Modification Approval:                            $19,620.00

2.  (+)Plus Total Payments to be made
through the Remainder of Plan:                       $52,584.00
(Making up any arrears in item 9 above)

3.  (=) New Base Amount                              $72,204.00

IV. TREATMENT OF UNSECURED CREDITORS

   Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2.  Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final.  A proof of claim must be timely filed to be allowed.

   __X__  The unsecured creditor pool remains $__0_____.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| A | S-BAC Home Loans Servicing, LP | Post-petition mortgage arrears | $4,968.08 | $118.29 per month |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s): Per Agreed Order entered with the Court on 4/7/2010.

VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

   I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on 04/20/2010, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.

                                        /s/Monte J. White
                                        Attorney for Debtor(s)

```
Label Matrix for local noticing          1100 Commerce street                       1st Investers
0539-7                                    Room 1254                                 300 Interstate N Pkwy 8t
Case 08-70425-hdh13                       Dallas, TX 75242-1305                     Atlanta, GA 30339-2403
Northern District of Texas
Wichita Falls
Thu Apr 15 15:50:41 CDT 2010

ADT                                       Allied Interstate Inc.-Literary Guil      Am-eagle-GE Money Bank
PO Box 371490                             P.O. Box 5023                             Attention: Bankruptcy
Pittsburgh, PA 15250-7490                 New York, NY 10163-5023                   PO Box 103106
                                                                                    Roswell, GA 30076-9106


American Home Shield                      BAC Home Loans Servicing, LP              BURKBURNETT INDEPENDENT SCHOOL DISTRICT
PO Box 849                                c/o BDFTE, LLP                            CO PERDUE BRANDON FIELDER COLLINS & MOT
Carroll, IA 51401-0849                    1900 St.James Place Suite 500             PO BOX 8188
                                          Houston, TX 77056-4125                    WICHITA FALLS TX 76307-8188


CR Evergreen, LLC                         Chase                                     Childrens Place
MS 550                                    Attention: Banktruptcy Department         Attn.:  Centralized Bankruptcy
PO Box 91121                              PO Box 100018                             PO Box 20507
Seattle, WA 98111-9221                    Kennesaw, GA 30156-9204                   Kansas City, MO 64195-0507


Citibank Usa-Home Depot                   City of WF, WFISD, Wichita County         Countrywide Home Lending
Attn.: Centralized  Bankruptcy            CO Perdue Brandon Fielder Collins & Mott  Attention: Bankruptcy  SV-314B
PO Box 20507                              P.O. Box 8188                             PO Box 5170
Kansas City, MO 64195-0507                Wichita Falls, Texas 76307-8188           Simi Valley, CA 93062-5170


Countrywide Home Loans Servicing, L.P.    Darren Robert Mackjust                    ECAST Settlement Corporation
400 Countrywide Way                       6614 Webb Ave                             POB 35480
Mail Stop SV-46                           Wichita Falls, TX 76310-2024              Newark, NJ 07193-5480
Simi Valley, CA 93065-6298


First Investors Financial Services Group, In   First Premier Bank                  GE Consumer Finance
380 Interstate North Parkway, Ste. 300    PO Box 5524                               For GE Money Bank
Atlanta, GA 30339-2222                    Sioux Falls, SD 57117-5524                dba CARE CREDIT-GEMB
                                                                                    PO Box 960061
                                                                                    Orlando FL 32896-0061


GE Money Bank - Old Navy                  GE Money Bank-Care Credit                 HSBC Bank Nevada and its Assigns
Attention: Bankruptcy                     Attn: Bankruptcy                          by eCAST Settlement Corporation
PO Box 103106                             PO Box 103106                             as its agent
Roswell, GA 30076-9106                    Roswell, GA 30076-9106                    POB 35480
                                                                                    Newark NJ 07193-5480


HSBCORCHARD Bank                          IRS Special Procedures                    JC Penney-GE Money Bank
ATTN: BANKRUPTCY                          1100 Commerce St., Room 951               Attention: Bankruptcy Department
PO BOX 5253                               Mail Stop 5029 DAL                        PO Box 103106
Carol Stream, IL 60197-5253               Dallas, TX 75242-1001                     Roswell, GA 30076-9106


Kay Jewelers                              LVNV Funding LLC its successors and assigns   Merrick Bank
375 Ghent Rd                              assignee of Citibank                      Attn: Special Collections
Akron, OH 44333-4600                      Resurgent Capital Services                P.O. Box 9201
                                          PO Box 10587                              Old Bethpage, NY 11804-9001
                                          Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| Merrick Bank<br>CO Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 | PRA Receivables Management LLC As Agent Of<br>Portfolio Recovery Associates LLC<br>CO The Home Depot<br>POB 41067<br>Norfolk VA 23541-1067 |
| Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rjm Acq Llc<br>575 Underhill Blvd Suite 224<br>Syosset, NY 11791-3416 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Seventh Ave-Swiss Colony<br>PO Box 2804<br>Monroe, WI 53566-8004 | Sterling, Inc. d-b-a Kay Jewelers<br>CO Trauner, Cohen & Thomas<br>5901-C Peachtree Dunwoody Rd<br>Atlanta, GA 30328-5382 |
| Texoma Community Credit Union<br>Po Box 1320<br>Wichita Falls, TX 76307-1320 | The Swiss Colony<br>P O Box 740933<br>Dallas, Tx 75374-0933 | Verizon<br>Customer Service Department<br>PO Box 3105378<br>Atlanta, GA 30348 |
| WFNNB - New York & Company<br>PO Box 182125<br>Columbus, OH 43218-2125 | WICHITA FALLS CITY & WICHITA COUNTY<br>CO PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | WORLD FINANCIAL NETWORK NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Wichita Furniture<br>1000 Indiana St.<br>Wichita Falls, Texas 76301-6711 | (p)WYNDHAM CONSUMER FINANCE INC<br>P O BOX 97474<br>LAS VEGAS NV 89195-0001 | Christine Marie Miller<br>2215 Hunters Glen<br>Wichita Falls, TX 76306-1137 |
| Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Wichita Falls, TX 76301-5009 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

WorldMark by Wyndham
Cynthia Potee, Agent
10750 W. Charleston Blvd., Ste. 130
Las Vegas, NV 89135

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAC Home Loans Servicing, LP | (d)CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (u)Countrywide Home Loans, Inc. |
| (u)Roundup Funding, LLC | (d)eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | End of Label Matrix<br>Mailable recipients     50<br>Bypassed recipients      5<br>Total                   55 |

Case 08-70425-hdh13    Doc 52    Filed 04/20/10    Entered 04/20/10 15:48:06    Desc Main Document    Page 8 of 8