

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

**Signed May 27, 2010**

---

MOD1 0013.000276

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:  
CHRISTINE MARIE MILLER

CASE NO: 08-70425-HDH-13  
DATED: May 26, 2010  
ATTORNEY: MONTE J WHITE  
HEARING DATE: 5/26/2010 @ 10:00 A.M.

**ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 4/15/2010. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 4/15/2010 be and the same is hereby APPROVED, as stated below:

Debtors' payment is increased to $1,252.00 beginning 5/10; for a new plan base of $72,204.00
BAC Home loans is allowed $4,968.08 in secured post petition mortgage arrears paid at 0%
over 60 months with a montly payment of $118.29.
Debtor attorney is allowed $400.00 for this modification paid through the plan.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

/s/ Walter O'Cheskey_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424